**FILED**

02/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0002



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No. PR24-0002

_____

IN RE THE PETITION OF

ETHAN J. LEINGANG

)
)

OFF–SITE ADMISSION

_____

ETHAN J. LEINGANG has asked for permission to be admitted to the Bar of the State of Montana via personal appearance before the Honorable Pamela A. Nesvig, of the South Central District of the State of North Dakota. ETHAN J. LEINGANG has fulfilled all requirements for admission to the Bar of the State of Montana.

Pursuant to Section X of the Rules of Admission to the Bar of the State of Montana, ETHAN J. LEINGANG is authorized to take the oath of admission to the Bar of the State of Montana before Judge Nesvig, admission shall be accomplished upon return of the attached signed ethics oath and acknowledgment of the oral oath to the Clerk of the Supreme Court.

DATED this 26ⁿᵈ day of February 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court

c: State Bar of Montana